|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 18, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DANIEL LOPEZ,

        Defendant.

Case No.  2:21-cr-00189-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL LOPEZ, Case No. 2:21-cr-00189-KJM , Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 50,000.00

        __X__ Unsecured Appearance Bond $ 50,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

__X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 18, 2022 at 2:27 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE