MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00189 KJM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS ORDER. |
| DANIEL LOPEZ | DATE: N/A |
| Defendant. | TIME: N/A a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through his counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

Based on the defendant's positive drug tests, the following amendment is recommended: The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services Office or supervising officer.

All remaining conditions shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: March 15, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID SPENCER
DAVID SPENCER
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: March 15, 2023

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: March 15, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE