MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
DANEIL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DANIELLOPEZ<br><br>              Defendant. | CASE NO.  21-CR-00189 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 8, 2024<br>TIME: 9:00 a.m.<br>COURT: HON. DANIEL J. CALABRETTA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     Both parties now move to vacate the current status conference date of July 18, 2024 2024, and to set a change of plea date of August 8, 2024, at 9:00 a.m., and to exclude time between the date undersigned and August 8, 2024 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2.     The parties agree and stipulate, and request that the Court find the following:

     a)     Defense counsel requires additional time to go through the discovery and potential trial issues.

     b)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c)     The government agrees to the continuance.

     d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date undersigned to August 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 17, 2024

Dated: July 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID SPENCER

Assistant United States Attorney

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE