MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DANIEL LOPEZ,<br><br>           Defendant. | CASE NO.  21-CR-00189 DJC<br><br>**STIPULATION TO RE SET SENTENCING DATE AND SENTENCING SCHEDULE**<br><br>DATE:  December 19, 2024<br>TIME: 9:00 a.m.<br>COURT: Honorable Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

By this stipulation, all parties now move to re set the sentencing in this matter as follows:

1. Sentencing is re set for December 19, 2024 at 9:00 a.m.

2. Draft Presentence Report shall be provided to the parties on or before: October 31, 2024

3. Informal objections shall be provided to the probation department on or before: November 14, 2024

4. The Final Report shall be filed with the Court on or before: November 28, 2024

5. Formal Objections and Sentencing Memorandum shall be filed on or before: December 5, 2024

6. Reply, if any, shall be filed with the Court on or before: December 12, 2024

IT IS SO STIPULATED.

Dated: October 10, 2024       PHILLIP A. TALBERT
                United States Attorney

                /s/ *DAVID SPENCER*
                DAVID SPENCER
                Assistant United States Attorney

Dated: October 10, 2024       /s/ *MARK J. REICHEL*
                MARK REICHEL
                Attorney for defendant

### ORDER

IT IS SO ORDERED this 10th day of October, 2024.

                /s/ Daniel J. Calabretta
                THE HONORABLE DANIEL J. CALABRETTA
                UNITED STATES DISTRICT JUDGE