MARK REICHEL ATTORNEY AT LAW  
455 Capitol Mall, 8th Floor.  
Sacramento, CA 95814  
(916) 498-9258

Attorney for Defendant  
DANIEL LOPEZ

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DANIEL LOPEZ<br><br>      Defendant. | CASE NO. 21-CR-00189 DJC<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: January 30, 2025<br>TIME: 9:00 a.m.<br>COURT: HON. DANIEL J. CALABRETTA |

**STIPULATION**

All parties hereto request a new date for sentencing, requesting January 30, 2025.

The dates agreed upon are set forth below.

Judgement and Sentencing Date:            January 30, 2025

Sentencing Memorandums, Reply, or Statement of Non-Opposition: January 23, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:      January 9, 2025

| | |
|---|---|
| IT IS SO STIPULATED. | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: December 3, 2024 | |
| | /s/ *DAVID SPENCER* |
| | Assistant United States Attorney |
| Dated: December 3, 2024 | /s/ *MARK J. REICHEL* |
| | MARK J. REICHEL<br>Counsel for Defendant |

**FINDINGS AND ORDER**

IT IS SO ORDERED this <u>3rd</u> day of December, 2024

*Daniel J. Calabretta*
_____

THE HONORABLE DANIEL J. CALABRETTA

UNITED STATES DISTRICT JUDGE