MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA 95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL LOPEZ,<br><br>Defendant | Case No.: 21-CR-00189 DJC<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: February 13, 2025<br>Time: 9:00 AM<br>Court: Hon. DANIEL J. CALABRETTA |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                    February 13, 2025

Reply, or Statement of Non-Opposition:           February 6, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:    January 30, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

IT IS SO STIPULATED.

Dated: January 21, 2025               MICHELE BECKWITH
                                      United States Attorney

                                      /s/ DAVID SPENCER
                                      DAVID SPENCER
                                      Assistant United States Attorney

Dated: January 21, 2025               /s/ MARK REICHEL
                                      MARK REICHEL
                                      Counsel for Defendant

**ORDER**

IT IS SO ORDERED this 22nd day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY SENTENCING DATE

2