MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA 95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 21-CR-00189 DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER FOR FUNDS FOR TRAVEL, PURSUANT TO 18 U.S.C. § 4285 AND 18 U.S.C §3006A** |
| DANIEL LOPEZ, | ) |
| Defendant | ) Judge: Hon. CAROLYN K. DELANEY |

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Daniel Lopez with the cost of his flight to travel from San Antonio, Texas, to Sacramento, California, so that he may appear at his sentencing hearing on February 13, 2025, in the morning. The date of travel covered by this order is Wednesday, February 12, 2025, and provides only for the cost of the flight.

IT IS SO ORDERED.

Dated: January 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE